UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:22-cv-14224-AMC

HOWARD COHAN,

      Plaintiff,

vs.


QUORUM HOSPITALITY, INC.
a Florida Profit Corporation
d/b/a HAMPTON INN & SUITES FT PIERCE

      Defendant(s).

_____/

## JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Plaintiff, HOWARD COHAN (hereinafter referred to as "Plaintiff"), and QUORUM HOSPITALITY, INC., a Florida Profit Corporation d/b/a HAMPTON INN & SUITES FT PIERCE (hereinafter referred to as "Defendant") (Plaintiff and Defendant jointly referenced herein as the "Parties"), by and through their respective undersigned counsel, hereby move for the Court's approval and entry of the attached Consent Decree.

1.      Plaintiff filed the instant cause of action alleging that the property at issue owned and/or operated by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq. ("Title III" of the "ADA").

2.      The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree attached hereto as Exhibit "A."

3.      The Parties agree and submit that the attached Consent Decree is fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at issue, and otherwise meets the purposes of Title III of the ADA. The Parties further agree that

upon the completion of the Modifications specified in the Consent Decree all currently readily achievable alterations to the Property will have been made and that the Property at the time of execution of this Consent Decree is otherwise in compliance with the readily achievable requirements of the ADA, ADAAG and FACBC.

4.       In accordance therewith, the parties respectfully request that the Court review, approve and ratify the Consent Decree.   Additionally, the Parties request the Court retain jurisdiction to enforce the Consent Decree. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, the parties respectfully request that the Court grant this Motion; enter an order (a) approving and entering the attached Consent Decree, and (b) retaining jurisdiction to enforce the Consent Decree; and grant such additional relief as the Court deems just and proper.

**Dated:  July 20, 2022**                                      Respectfully submitted,

| | |
|---|---|
| */s/ Gregory S. Sconzo* <br> Gregory S. Sconzo, Esq. <br> Florida Bar No.: 0105553 <br> Sconzo Law Office, P.A. <br> 3825 PGA Boulevard, Suite 207 <br> Palm Beach Gardens, FL 33418 <br> Phone: (561) 729-0940 Fax: (561) 491-9459 <br> greg@sconzolawoffice.com <br> ***Attorney for Plaintiff, Howard Cohan*** | */s/ William G. Salim, Jr.* <br> William G. Salim, Jr., Esq. <br> Florida Bar No.: 750379 <br> Moskowitz, Mandell & Salim, P.A. <br> 800 Corporate Drive, Suite 500 <br> Fort Lauderdale, Florida 33334 <br> Telephone:  (954) 491-2000 <br> E-mail: wsalim@mmsslaw.com <br> ***Attorney for Defendant*** |

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on **<u>July 20, 2022</u>**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        **Sconzo Law Office, P.A.**
        3825 PGA Boulevard, Suite 207
        Palm Beach Gardens, FL 33418
        Telephone: (561) 729-0940
        Facsimile: (561) 491-9459

        By: **<u>/s/ Gregory S. Sconzo</u>**
        GREGORY S. SCONZO, ESQUIRE
        Florida Bar No.: 0105553
        **Primary Email:** greg@sconzolawoffice.com
        **Secondary Email:** alexa@sconzolawoffice.com