**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 22-14224-CIV-CANNON**

**HOWARD COHAN**,

      Plaintiff,

v.

**QUORUM HOSPITALITY, INC.**,

      Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 7], filed on July 27, 2022. Pursuant to Rule 41(a)(1)(A)(i), the notice of voluntary dismissal, filed by Plaintiff prior to Defendant serving an answer or a motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE**, effective July 27, 2022, the date on which Plaintiff filed its notice of voluntary dismissal with prejudice [ECF No. 7].

The Clerk of Court shall **CLOSE** this case. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 27th day of July 2022.

                                          _____
                                          **AILEEN M. CANNON**
                                          **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record